```
 1
 2
 3
 4
 5                          UNITED STATES DISTRICT COURT
 6                          EASTERN DISTRICT OF WASHINGTON
 7
 8   UNITED STATES OF AMERICA,      )
                                    )   NO.   CR-05-0183-WFN-1
 9                   Plaintiff,     )
                                    )
10        -vs-                      )   ORDER
                                    )
11   JOSE BOLANOS-HERNANDEZ,        )
                                    )
12                   Defendant.     )
                                    )
13
```

14　　　A post-plea conference and motion hearing was held April 26, 2006. The Defendant, 15 who is in custody, was present and represented by Kathleen Moran and assisted by 16 Court-appointed interpreter Carlos Barr, all of whom appeared via video conference from 17 Richland, Washington; Assistant United States Attorney George Jacobs represented the 18 Government in place of Pamela Byerly in Spokane, Washington.

19　　　This hearing was held to address representation issues raised by the Defendant pro se 20 in his Motion to Withdraw Guilty Plea, filed April 20, 2006 (Ct. Rec. 29). Representation 21 was discussed out of the presence of the Assistant United States Attorney. The Court also 22 ruled on the Defendant's pro se Motion to Withdraw Guilty Plea. Ms. Moran advised that the 23 sentencing date set for May 15, 2006 may be maintained.

24　　　This Order is entered to memorialize and supplement the oral rulings of the Court. 25 Accordingly,

26　　　**IT IS ORDERED** that:

ORDER - 1

1. The Court **FINDS** that there are no irreconcilable differences between Ms. Moran and the Defendant. Thus Ms. Moran shall continue as defense counsel representing Mr. Bolanos-Hernandez.

2. The Defendant's pro se Motion to Withdraw Guilty Plea, filed April 20, 2006, **Ct. Rec. 29**, is **DENIED with a right to renew**. The contents of the Motion may be discussed by the Defendant with Ms. Moran.

3. The sentencing hearing of **May 15, 2006, at 9:30 a.m., in Spokane**, Washington is **CONFIRMED**. Ms. Moran may request a continuation of that date as needed.

The District Court Executive is directed to file this Order and provide copies to counsel **AND TO** United States Probation Officer Brenda Challinor.

**DATED** this 26th day of April, 2006.

                                               s/ Wm. Fremming Nielsen
                                               WM. FREMMING NIELSEN
04-26                           SENIOR UNITED STATED DISTRICT JUDGE

ORDER - 2